Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Houston Division

United States Courts
Southern District of Texas
FILED

JUL 01 2022
HOU 1098602
Nathan Ochsner, Clerk of Court

|  |  |  |
|---|---|---|
| John L. Porter Jr. | ) | Case No. ___4:22CV2180___ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| United Airlines | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John L. Porter Jr. |
| Street Address | P.O. BOX 68532 |
| City and County | Seattle, King County |
| State and Zip Code | WA 98168 |
| Telephone Number | 323-481-7964 |
| E-mail Address | John.L.Porter@outlook.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | United Airlines |
| Job or Title *(if known)* | Airport Customer Service - Alexis Wells |
| Street Address | 3500 N. Terminal Rd - South Mezzanine IAHAO |
| City and County | Houston, Harris |
| State and Zip Code | Texas, TX 77032 |
| Telephone Number | 281-553-4030 |
| E-mail Address *(if known)* | alexis.wells@united.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E-mail Address *(if known)* _____

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | United |
| Street Address | 2800 N Terminal Rd HOUSTON, TX 77032 |
| City and County | Houston, Harris |
| State and Zip Code | Texas , TX 77032 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐        Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒        Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒        Other federal law *(specify the federal law)*:

The Family and Medical Leave Act

☒        Relevant state law *(specify, if known)*:

Texas Labor Code Chapter 21

☒        Relevant city or county law *(specify, if known)*:

Weingarten Act

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☐    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

07/05/2021

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☐    age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒    disability or perceived disability *(specify disability)*

Mental Health, Sleep apnea, Alcohol Abuse _____

E.    The facts of my case are as follows. Attach additional pages if needed.

I was employed with United Airlines as a Customer Service Reprsentative from 11/13/2017 until my wrongful termination on 1/18/2022. On 7/5/2021, I was questioned by an unidentified person who was later identified as Supervisor Alexis Wells who is in violation of the union contract and Weingarten Act. The supervisor called me in for an investigation on 07/10 and forced me to produce a written statement and advised me what to write. Shortly after that I went on medical leave on 07/16/21, Ms. Wells began calling me on my personal phone and also sent email communication along with FedEx docs forcefuly telling me to come back to work and have meetings. I was repeatedly called while off work on medical leave (FMLA). When I came back to work, I was called for an interview which I was taken out of service pending the results of an invetigation regarding time fraud. Alexis Wells had violated my employement rights given by the federal and state laws, and created a hostile work envoronment along with harrassment. I was not reinstated at my previous position, after the investigation was complete. Alexis Wells was reported to United Airlines Ethics and Compliance and the company ignored all claims and proceeded with termination. The company failed to provided the polices listed in Union contract and company policy which resulted in termination of employment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/7/2022

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☒     issued a Notice of Right to Sue letter, which I received on *(date)*     4/13/2022     .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I believe that I was wronfully terminated from my employemnet on the base on time card fraud. I was harassed in violation of the American with Disabilities Act of 1990. They repeatedly called me when I was on medical leave(FMLA). I strongly demand for the reinstatement of my previous position.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____

Signature of Plaintiff          _____

Printed Name of Plaintiff    John. L. Porter Jr.

### B.        For Attorneys

Date of signing:    _____

Signature of Attorney          _____

Printed Name of Attorney    _____

Bar Number                        _____

Name of Law Firm              _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | **460-2022-02388** |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*  Mr. John L. Porter Jr. | Home Phone  323-481-7964 | Year of Birth |
|---|---|---|

| Street Address  8802 Beltway 8 Apt 2206  HUMBLE, TX 77396 |
|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name  United Airlines | No. Employees, Members  501+ Employees | Phone No. |
|---|---|---|

| Street Address  2800 N Terminal Rd  HOUSTON, TX 77032 |
|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON  Disability | DATE(S) DISCRIMINATION TOOK PLACE  Earliest  07/05/2021 | Latest  01/18/2022 |
|---|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed with the Company as a Customer Service Representative from 11/13/2017 until my wrongful termination on 1/18/2022. On 7/5/2021, I was questioned by a supervisor in violation of the union contract. She did not identify herself as a supervisor (and did not have any visible identification) and she questioned me without a union representative present. I arrived at Terminal B to clock in for work and returned to the car for my friend to say goodbye to my friend who drove me to work. This is when the person (who I later learned was Customer Service Supervisor Alexis Wells) questioned me asking me if I clocked in for work and then told me, you know youre wrong for that. Im going to make sure you get fired. She wrote my name down and told me, you can go now. I got back in the vehicle and told my friend I need to get out of her because I was just approached by a strange lady. My friend dropped me off at Terminal C where I called my union rep to report the incident. I continued working with no contact about the incident until Jul 10th when my supervisor sent out a picture to management telling them what a phenomenal job I was doing. About an hour later Alexis Wells called to inform me they need to meet with me right now be sure I have a union steward with me. During this meeting, I was asked to give a written statement. Ms. Wells looked at the statement and told me it was not good enough and began telling me what to write in the statement. I objected to her dictating to me what to put in the statement. I went on medical leave on July 16th and Ms. Wells began calling me to

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Mr. John L. Porter Jr.**  **04/07/2022**  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **460-2022-02388** |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

tell me to come back to work so we can finish this. I told her I wasnt feeling well. She called me 4 days in a row. On July 29, 2021, I received a letter (via email) from Ms. Wells informing me that I was being held out of service without pay pending the results of an ongoing investigation; swipe and park payroll fraud. She also stated that my bid to transfer was placed on hold. I returned to work on 9/12/2021 and was walked out of work taken out of service and placed under investigation regarding the time fraud ordeal. On 11/15/2021, a meeting was held proposing termination for timecard fraud. Several meetings ensued and ultimately on 1/18/2022 my employment was wrongfully terminated for alleged timecard fraud. I believe I was harassed in violation of the Americans with Disabilities Act of 1990, as amended when I was repeatedly called while I was off work on medical leave (FMLA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. John L. Porter Jr.**<br>**04/07/2022**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED  AND  SWORN  TO  BEFORE  ME  THIS  DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.